### John Patrick v. Hallett and Bowne.

MOTION for judgment as in case of nonsuit, for not going to trial.

*Riggs* resisted, because the cause had been once tried, and our act,* being like that of the *English,* required the same construction, under which it was held a plaintiff could not be nonsuited for not trying a second time. If we are wrong we are ready to stipulate.

* 1 *Rev. Laws,* 353.

*Per Curiam.* We have no doubt of the power of the court to nonsuit on a second trial. A plaintiff who has once tried his cause, after which the verdict is set aside and a new trial awarded, is bound to try again, and again, if necessary, and if he do not, the defendant may apply for a nonsuit. But as the *English* practice has misled, and our own has not been perfectly settled, the plaintiff may stipulate and without costs.